U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JUN 15 2007

ROBERT H. SHEMWELL, CLERK
BY _____
              DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WAQUAS Z MALIK | : | DOCKET NO. 06 CV 1604 |
| | : | JUDGE MINALDI |
| ALBERTO GONZALES, ET AL. | : | MAGISTRATE JUDGE WILSON |

## MEMORANDUM ORDER

Before the court is a Motion to Reconsider Magistrate Judge's ("R&R") and Re-open Petitioner's 28 U.S.C. § 2241 Motion [doc. 22] filed by pro se petitioner Waqas Z Malik.

On January 4, 2007, the magistrate issued his Report and Recommendation [doc. 19] wherein he recommended that Mr. Malik's petition for writ of habeas corpus be denied and dismissed on the grounds that the petitioner was released from post-removal-order detention. Mr. Malik did not object to the Report and Recommendation and, on February 8, 2007, the court entered judgment denying and dismissing the petition. Mr. Malik now moves the court to reopen his petition "to remedy Petitioner's continued unlawful detention by the Respondent(s), since the issues remain unresolved due to deceit and deception on [the] part of USICE, and new developments involving further violations of Petitioner's rights."

As the Government notes in its opposition brief, the instant motion is best construed as a motion for relief under Rule 60(b). Without passing upon the merits of Mr. Malik's claim, relief

under Rule 60 ultimately would ultimately be to no avail. Mr. Malik's and the Government's briefs indicate that Mr. Malik is currently in custody in the Etowah County Detention Center in Gadsen, Alabama. As such, any challenge to his continued detention must be filed in the United States Northern District of Alabama. *See Rumsfeld v. Padilla*, 542 U.S. 426, 443, 124 S.Ct. 2711, 2722 (2004) ("The plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement."). This court is without jurisdiction to hear Mr. Malik's petition for a writ of habeas corpus.

Accordingly,

IT IS ORDERED that the petitioner's Motion to Reconsider and Reopen [doc. 22] is DENIED.

Lake Charles, Louisiana, this **13** day of June, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE