UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WAQAS Z. MALIK | : | DOCKET NO. 2:06-cv-1604 |
| VS. | : | JUDGE MINALDI |
| ALBERTO GONZALES, ET AL. | : | MAGISTRATE JUDGE WILSON |

**O R D E R**

Currently before the court is a Motion for Reconsideration [doc. 31] filed by *pro se* petitioner, Waqas Z. Malik. By this motion, petitioner seeks to have the court reconsider its order denying him additional time to file exhibits in the record in support of his Motion to Reconsider and to Reopen [doc. 22] and to consider these exhibits when ruling on the Motion to Reconsider and Reopen.

The denial of the motion for additional time was based upon the fact that there does not appear to be a factual dispute concerning the underlying basis of Petitioner's Motion to Reconsider and to Reopen this *habeas* petition. Consequently, the undersigned found that a decision on the underlying motion need not be delayed while awaiting additional exhibits. However, the additional exhibits were filed in the record on the same date as the order denying additional time was signed. Thus, the record now contains the additional exhibits which petitioner wanted to file. [doc. 29].

Because these additional exhibits are now part of the record, it is

ORDERED that the Motion for Reconsideration [doc. 31] be GRANTED to the extent that these exhibits remain part of the record for consideration by the district judge in relation to the Motion to Reconsider and to Reopen [doc. 22]. Otherwise the motion is DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, June 18, 2007.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE